**IN RE: Eliston F. GEORGE, Petitioner**

**No. 17-1129**

United States Court of Appeals, Third Circuit.

(Opinion filed: May 4, 2017)

Submitted Pursuant to Rule 21, Fed. R. App. P. February 23, 2017

Eliston F. George, Pro Se

Pamela R. Tepper, Esq., Su-Layne U. Walker, Esq., Office of Attorney General of Virgin Islands, Department of Justice, St. Thomas, VI, for Defendant-Respondent

Before: SMITH, CHIEF JUDGE, MCKEE and FUENTES, Circuit Judges

OPINION *

PER CURIAM

Eliston F. George filed a petition for writ of mandamus requesting that we direct the District Court to rule on his petition for a writ of audita querela. The District Court has since ruled on George's petition, and George has filed a notice of appeal. In light of the District Court's action, the question George presented is no longer a live controversy, so we will dismiss his mandamus petition as moot. See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.